United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-32219 |
| | § | CHAPTER 11 |
| MARK R. RILEY, Debtor | § | |
| MARK R. RILEY | § | |
| | § | |
| VS | § | ADVERSARY NO. 26-3096 |
| | § | |
| ROMAN MERKER ALBERT and | § | |
| DANIEL JAMES ALPER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the Report and Recommendation regarding Defendants' Motion for Withdrawal of the Reference filed May 7, 2026 recommending that the motion be denied. No objections were filed.

Upon review, the Court hereby adopts the Report and Recommendation. Accordingly, it is hereby

**ORDERED** That the Report and Recommendation is **ADOPTED**. The Defendant's Motion for Withdrawal of the Reference is **DENIED**. The case remains with the Bankruptcy Court. The Civil Case is **DISMISSED**.

SIGNED this 3rd day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE